UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORWOOD-REDFIELD APARTMENTS LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:16-cv-00639-AGF |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to strike Defendant's motion for partial summary judgment, in light of Defendant's failure to submit complete transcripts of deposition testimony cited in support of the summary judgment motion, as required by prior Order of the Court, and Defendant's failure to authenticate certain exhibits. In response, Defendant has attached the full deposition transcripts, as well as an affidavit to authenticate the disputed exhibits. Plaintiff has not filed a reply, and the time to do so passed.

Upon careful consideration, and in light of Defendant's supplemental filing, the Court declines to strike Defendant's summary judgment motion. The Court will grant Plaintiff's alternative request for additional time to respond to Defendant's motion. But in light of the time that the summary judgment motion has been pending, the Court will

order Plaintiff to respond to the motion within **14 days** of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to strike is **DENIED**. ECF No. 50.

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendant's motion for partial summary judgment shall be due within **14 days** of the date of this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of November, 2017.