UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORWOOD-REDFIELD APARTMENTS LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:16-cv-00639-AGF |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Upon careful consideration of Defendant's Motion in Limine to Bar Attorneys' Fees Testimony Offered by Plaintiff (ECF 72), Plaintiff's response thereto (ECF No. 77), the parties' supplemental briefs (ECF Nos. 95 & 99), and the legal authorities cited therein,

**IT IS HEREBY ORDERED** that Defendant's Motion in Limine to Bar Attorneys' Fees Testimony Offered by Plaintiff is **DENIED in part without prejudice** to reassertion after Plaintiff's evidence on this issue is admitted; however, **RULING IS RESERVED** as to any opinion testimony offered by Plaintiff on the issue of attorneys' fees, pending Plaintiff's demonstration, prior to trial, that such testimony was sufficiently disclosed during discovery.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2018.